IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Pamela P. Williams, ) | |
| ) | Civil Action No. 6:07-1577-HFF-WMC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **REPORT OF MAGISTRATE JUDGE** |
| ) | |
| Joseph T. Hinson, Jr., The Master Mark ) | |
| Construction, P.A., Mark McKinney, Steve ) | |
| Michaels, Spartanburg Forest Products, Stock ) | |
| Building Supply, Babbs and Brown PC., Ed ) | |
| Babbs, Scott Casey, Robert "Bob" Doe, and ) | |
| State Farm Ins. Co., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiff, proceeding *pro se*, filed this action on June 6, 2007. Pursuant to Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be made within 120 days of the date the complaint is filed (in this case, October 9, 2007). The plaintiff was advised of this deadline by order filed June 28, 2007. When no proof of service was filed on defendant Scott Casey within that time period, the court filed an order on October 29, 2007, giving the plaintiff through November 21, 2007, to properly effect service on defendant Casey. case. To date, the plaintiff has failed to provide the court with evidence that service has been accomplished on defendant Casey.

Wherefore, it is recommended that Scott Casey be dismissed as a defendant in this action for lack of prosecution.

William M. Catoe
United States Magistrate Judge

November 30, 2007
Greenville, South Carolina