AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Pamela P. Williams

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 6:07-1577-HFF

Joseph T. Hinson, Jr., Master Mark Construction PA,
Mark McKinney, Steve Michaels, Spartanburg Forest Product,
Stock Building Supply, Robert Doe, Babbs and Brown, PC,
Edward Babbs, and State Farm Insurance Company

**[X]    Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the motions to dismiss for lack of subject matter jurisdiction (documents 26,70) be granted.  All other motions are deemed moot, and the lis pendens on the subject properties is cancelled.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

January 30, 2008